**Darryl P. MITCHELL, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**United States Postal Service, Intervenor.**

**No. 2008–3064.**

United States Court of Appeals, Federal Circuit.

Oct. 9, 2008.

Steven J. Plotkin, Law Office of Steven J. Plotkin, of Evanston, IL, argued for petitioner.

Jeffrey A. Gauger, Attorney, Office of General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Stephanie M. Conley, Acting Assistant General Counsel for Litigation.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were Gregory G.

**44**

Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief was Teresa A. Gonsalves, Appellate Counsel, United States Postal Service, of Washington, DC.

BRYSON, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.